Argued November 13, 1979. Gwilym A. Price, III, for appellant; Saul J. Bernstein, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.

SPAETH, and HOFFMAN, JJ., concurred in the result.

428 A.2d 262

Taylor, Appellant v. Taylor.

Taylor v. Taylor, Appellant.

Argued April 14, 1980. Raymond S. Woodard, for appellant (at No. 815) and for appellee (at No. 817); Clifford A. Weisel, for appellant (at No. 817) and for appellee (at No. 815).

Before PRICE, BROSKY and MONTGOMERY, JJ.

Decree affirmed.

428 A.2d 263

D. J. Y., Appellant v. G. R. Y.

Submitted November 16, 1979. Scott L. Melton, for appellant; Dennis F. Wolford, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

July 11, 1980.

428 A.2d 263

August Petroleum etc., et al., Appellants v. Oak
Con Entrp. etc., et al.

Argued November 16, 1979.
Sanford F. Finder, for appellants; Frank C. Carroll, for
appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 263

Chaves v. Chaves, Appellant.

Argued November 12, 1979. G. N.
Evashavik, for appellant; Joanne R. Wilder, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.